UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BENJAMIN EVERIST DAVIS, #1734875, *Petitioner*, | § § § § |
| v. | §  Civil Action No. 3:25-CV-0927-X-BK |
| DIRECTOR, TDCJ-CID, *Respondent*. | § § § § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 16th day of June, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE